| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) TITUS, ROGER W. | 2. Court or Organization U.S. DISTRICT COURT, MARYLAND | 3. Date of Report 05/01/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE-ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address UNITED STATES COURTHOUSE 6500 CHERRYWOOD LANE GREENBELT, MD 20770 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. VICE PRESIDENT | PROPERTY OWNERS' ASSOCIATION OF DEEP CREEK LAKE, INC. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY -3 P 11: 52 FINANCIAL DISCLOSURE OFFICE

Titus, Roger W.

| Name of Person Reporting | Date of Report |
|---|---|
| TITUS, ROGER W. | 05/01/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | MONTGOMERY COUNTY BOARD OF APPEALS |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TITUS, ROGER W. | 05/01/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TITUS, ROGER W. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA ACCOUNTS | C | Interest | M | T | | | | | |
| 2. CITIBANK ACCOUNTS | A | Interest | K | T | | | | | |
| 3. MERRILL LYNCH BANK USA ACCOUNT | B | Interest | L | T | | | | | |
| 4. HHFS COMMON STOCK | B | Dividend | O | T | Sold (part) | 02/04/09 | K | D | |
| 5. | | | | | Sold (part) | 05/08/09 | K | D | |
| 6. | | | | | Sold (part) | 06/23/09 | J | A | |
| 7. | | | | | Sold (part) | 06/24/09 | J | A | |
| 8. | | | | | Sold (part) | 06/26/09 | J | C | |
| 9. | | | | | Sold (part) | 07/01/09 | K | D | |
| 10. | | | | | Sold (part) | 07/09/09 | J | A | |
| 11. AT&T COMMON STOCK | B | Dividend | K | T | | | | | |
| 12. CMA TAX EXEMPT MUTUAL FUND | A | Dividend | K | T | | | | | |
| 13. MDXBX TAX-FREE BOND FUND | C | Dividend | L | T | | | | | |
| 14. PRTXX MUTUAL FUND | D | Dividend | M | T | | | | | |
| 15. TRVLX MUTUAL FUND | B | Dividend | M | T | | | | | |
| 16. DWS TECHNOLOGY FUND A MUTUAL FUND | A | Distribution | J | T | Donated (part) | | | | |
| 17. WSHBX MUTUAL FUND IN IRA | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| TITUS, ROGER W. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PRRXX MUTUAL FUND IN IRA | D | Dividend | M | T | | | | | |
| 19. PRTXX MUTUAL FUND IN IRA | E | Dividend | O | T | | | | | |
| 20. LMVTX MUTUAL FUND IN IRA | D | Dividend | L | T | | | | | |
| 21. VFINX MUTUAL FUND IN IRA | A | Dividend | M | T | | | | | |
| 22. VANTAGEPOINT ASSET ALLOCATION MUTUAL FUND IN DEFERRED COMP | C | Dividend | M | T | | | | | |
| 23. VANTAGEPOINT GROWTH MUTUAL FUND IN DEFERRED COMP PLAN | D | Dividend | M | T | | | | | |
| 24. VANTAGEPOINT GROWTH & INCOME MUTUAL FUND IN DEFERRED COMP PL | D | Dividend | L | T | | | | | |
| 25. VT FIDELITY CONTRAFUND MUTUAL FUND IN DEFERRED COMP PLAN | E | Dividend | L | T | | | | | |
| 26. T. ROWE PRICE LIMITED TERM BOND FUND IN LIFE INS. POLICY | B | Dividend | K | T | | | | | |
| 27. PUTNAM INCOME FUND IN LIFE INS. POLICY | B | Dividend | K | T | | | | | |
| 28. T. ROWE PRICE PERSONAL STRAT. BAL. FUND IN LIFE INS. POLICY | C | Dividend | K | T | | | | | |
| 29. PUTNAM NEW VALUE MUTUAL FUND IN LIFE INSURANCE POLICY | A | Dividend | K | T | | | | | |
| 30. SERIES I UNITED STATES SAVINGS BONDS | A | Interest | K | T | | | | | |
| 31. MONTGOMERY COUNTY, MARYLAND DEFERRED COMPENSATION ACCOUNT | A | Dividend | J | T | | | | | |
| 32. -BGI LIFEPATH 2020 FUND | A | Dividend | J | T | | | | | |
| 33. -SSGA S&P 500 INDEX FUND | A | Dividend | J | T | | | | | |
| 34. -SEI STABLE ASSET FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,000,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q –Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TITUS, ROGER W. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -GOLDMAN SACHS SHORT GOVERNMENT BOND FUND | A | Dividend | J | T | | | | | |
| 36. -HARTFORD BOND FUND | A | Dividend | J | T | | | | | |
| 37. -LEGG MASON [FORMERLY SMITH BARNEY] APPRECIATION FUND | A | Dividend | J | T | | | | | |
| 38. -HARTFORD CAPITAL APPRECIATION FUND | A | Dividend | J | T | | | | | |
| 39. MONTGOMERY MONEY MAKERS INVESTMENT CLUB | B | Dividend | K | T | | | | | |
| 40. -AFL | | | | | | | | | |
| 41. -CX | | | | | Sold | 11/16/09 | J | | |
| 42. -GE | | | | | Sold | 09/21/09 | J | | |
| 43. -GNVC | | | | | | | | | |
| 44. -HRS | | | | | | | | | |
| 45. -NANX | | | | | Sold | 01/08/09 | J | | |
| 46. -NBL | | | | | | | | | |
| 47. -ORCL | | | | | | | | | |
| 48. -PAYX | | | | | | | | | |
| 49. -CREE | | | | | | | | | |
| 50. -SMBL | | | | | Sold | 09/21/09 | J | | |
| 51. -TROW | | | | | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TITUS, ROGER W. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -CFSG | | | | | | | | | |
| 53.   -UNH | | | | | | | | | |
| 54.   -HSTX | | | | | Spinoff (from line 44) | | | | |
| 55.   -CCH | | | | | Buy | 01/28/09 | J | | |
| 56.   -POT | | | | | Buy | 10/07/09 | J | | |
| 57.   -RPM | | | | | Buy | 01/08/09 | J | | |
| 58.   SWVXX IN ROLLOVER IRA | E | Dividend | L | T | | | | | |
| 59.   EBS IN ROLLOVER IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TITUS, ROGER W. | 05/01/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| TITUS, ROGER W. | 05/01/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Si

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544